IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-cv-47-BO

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BILLY RAY HADDOCK, et al., | ) |
| Defendants. | ) |

ORDER

This cause comes before the Court on the Chapter 7 Trustee's unopposed motion [DE 32] to remove the case from the trial docket. Given that the matters in this case are stayed automatically under 11 U.S.C. § 362 and the agreement of the parties, the Court GRANTS the motion [DE 32]. The Court will STAY this proceeding and the Clerk is DIRECTED to remove this case from the Court's active docket. The parties shall notify the Court when it is appropriate to proceed.

SO ORDERED, this 2**9** day of October, 2019.

Terrence Boyle
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE